# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TAMMY HOLLINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-00127-CG-N |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security,) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 27, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 10th day of February, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE