# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TAMMY HOLLINGER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 13-0127-CG-N ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 15, 2014 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 2nd day of June, 2014.

/s/ Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE