# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TAMMY HOLLINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0127-CG-N |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff be awarded attorney's fees and related litigation expenses in the amount of **$4,810.71** under the Equal Access to Justice Act.

**DONE and ORDERED** this 2nd day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE